# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANDREW JOSTEN LOVINGOOD ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Docket No.: 3:19-CV-00009 |
| ) | |
| v. ) | |
| ) | |
| BILL JOHNSON, ) | |
| DERRICK GRAVES, and ) | |
| MONROE COUNTY, TENNESSEE ) | |
| ) | |
|     Defendants. ) | |

## JOINT MOTION TO CONTINUE TRIAL DATE

**COMES NOW**, the plaintiff along with counsel for the defendants and respectfully requests by Joint Motion that this Honorable Court continue the trial in this matter. In support the parties submit the following:

1. This matter is currently set for trial on August 24, 2021.

2. The parties have engaged in discovery and as a result Summary Judgment Motions were filed [*See* Doc.23, 25, and 48] and a Memorandum and Opinion entered [Doc. 57]. The Order dismissed Monroe County however, Defendants Johnson and Graves remain. *id*.

3. Counsel for Plaintiff currently has a Criminal trial scheduled in the Eastern District Court of Tennessee (Greeneville Venue) before this Honorable Court on August 10, 2021. *See United States v. Charles Wallace Case No. 2:19-CR-00151*. Furthermore, counsel will not be able to prepare the *Lovingood* matter for trial with less than two weeks between these trial dates.

4. Counsel for Defendant Johnson currently has a matter scheduled for trial the week of

1

August 24, 2021 in the Eastern District Court of Tennessee. *See Roysdon v. Morgan County et al.*

5. The Plaintiff in this matter recently lost his father, Mayor Bob Lovingood of Monroe County and continues to grief his fathers unexpected death. *See [Lovingood News Article - WBIR](#).*

**RESPECTFULLY SUBMITTED**, this the **9th** day of **July**, **2021**.

| | |
|---|---|
| **THE BOWLIN LAW FIRM P.C.** | **TAYLOR and KNIGHT** |
| By: *s/ Troy L. Bowlin II* for The Firm | *s/ Arthur Knight* |
| Troy L. Bowlin, II No. 025893 | Arthur Knight |
| *Attorney for Plaintiff* | Attorney for Monroe County |
| First Tennessee Plaza | and Bill Johnson |
| 800 South Gay St. Suite 2131 | 800 South Gay St. Suite 600 |
| Knoxville, Tennessee 37929 | Knoxville, TN 37929 |
| Telephone: 865.245.2011 | aknight@arthurknight.com |
| troy@tblf-pc.com | |

**HINDMAN and LANZON**

*s/ Scott Lanzon*

Scott Lanzon
Attorney for Derrick Graves
500 Main St. Suite 550
Knoxville, TN 37902
hindmanlaw@aol.com

## CERTIFICATE OF SERVICE

  I hereby certify that, a copy of the foregoing Motion to Extend Time was transmitted for service via Pacer and this Court's Electronic Court Filing System to counsel of record for all parties.

                **THE BOWLIN LAW FIRM P.C.**

      By: _____ *for The Firm*
           Troy L. Bowlin, II No. 025893
           *Attorney for Plaintiff*
           First Tennessee Plaza
           800 South Gay St. Suite 2131
           Knoxville, Tennessee 37929
           Telephone: 865.245.2011
           troy@tblf-pc.com