# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**ANDREW JOSTEN LOVINGOOD,**

    Plaintiff,

**v.**
                                                                           No. 3:19-cv-00009

**BILL JOHNSON, DERRICK GRAVES;**
**And MONROE COUNTY, TENNESSEE;**

    Defendants**.**

## EXHIBIT LIST

Comes the Defendant Bill Johnson by and through counsel, and submits the his list of exhibits as follows:

1. Photograph of Bill Johnson left cheek;

2. Photograph of Bill Johnson top of head;

3. Photograph of Bill Johnson's face;

4. Any appropriate and admissible exhibits offered by any other party.

RESPECTFULLY SUBMITTED this 4th day of November, 2021.

                                                s/ Arthur F. Knight, III
                                                Arthur F. Knight, III, BPR #016178
                                                TAYLOR & KNIGHT, P.C.
                                                800 South Gay Street, Suite 600
                                                Knoxville, TN 37929
                                                Phone: 865-971-1701
                                                Fax: 865-971-1705

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III