UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**ANDREW JOSTEN LOVINGOOD,**

    Plaintiff,

**v.**

    No. 3:19-cv-00009

**BILL JOHNSON, DERRICK GRAVES;**
**And MONROE COUNTY, TENNESSEE;**

    Defendants.

## WITNESS LIST

Comes the Defendant Bill Johnson by and through counsel, and submits the his list of witnesses he expects to call at the trial of this case as follows:

1. Bill Johnson, c/o Arthur F. Knight, III, 800 South Gay Street, Suite 600, Knoxville, TN 37929;
2. Derrick Graves;
3. Ryan Burnett
4. Joe Fritz;
5. James Parks, Jr.;
6. Mark Boring;
7. Tilman Steele;
8. Robby Lovingood;
9. Austin Ryan Taylor;
10. Daniel Boothroyd;

Mr. Johnson may call the remaining persons:

11. Any person listed by any other party, all previous lists.

RESPECTFULLY SUBMITTED this 9th day of November, 2021.

        s/ *Arthur F. Knight, III*
        Arthur F. Knight, III, BPR #016178
        TAYLOR & KNIGHT, P.C.
        800 South Gay Street, Suite 600
        Knoxville, TN 37929
        Phone: 865-971-1701
        Fax: 865-971-1705

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

        *s/Arthur F. Knight, III*
        Arthur F. Knight, III