UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF TENNESSEE

AT KNOXVILLE


**ANDREW JOSTEN LOVINGOOD**

    Plaintiff

**V.**                                  **NO. 3:19-CV-00009**


**BILL JOHNSON, DERRICK GRAVES;**

**And MONROE COUNTY, TENNESSEE**

    Defendants


## SUPPLEMENTAL WITNESS LIST

Comes now the defendant Derrick Graves by and through counsel, and submits this list of witnesses he expects to call at the trial of this case as follows:

1. Derrick graves, c/o Scott A. Lanzon, 550 W. Main Street, Suite 550, Knoxville, TN. 37902

    Mark Boring, 155 Vinegar Ridge Rd. Madisonville, TN. 37354

    Robert Klaan, Not known at this time

    Wes Martin, 176 Art Lane, Sweetwater, TN. 37874

    Mr. Graves may call the remaining persons:

2. Any person listed by any other party, including the emailed list sent by Plaintiff July 9, 2021.

RESPECTFULLY SUBMITTED THIS 9TH DAY OF NOVEMBER, 2021

                                                               s/ Scott A. Lanzon  
                                                               Scott A. Lanzon, BPR # 029639  
                                                               Hindman and Lanzon  
                                                               550 w. Main Street, Suite 550  
                                                               Knoxville, TN. 37902  
                                                               Phone: 865-525-7777  
                                                               Fax: 865-521-6371

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 9, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated in the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Courts electronic filing system.

                                                               s/Scott A. Lanzon  
                                                               Scott A. Lanzon