IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANDREW JOSTEN LOVINGOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No.: 3:19-CV-00009 |
| ) | |
| v. ) | |
| ) | |
| BILL JOHNSON, ) | |
| DERRICK GRAVES, and ) | |
| MONROE COUNTY, TENNESSEE ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S WITNESS LIST

**COMES NOW**, the Plaintiff by and through his attorney and does hereby respectfully submit this Witness List pursuant to the scheduling Order of this Honorable Court.

### Witnesses Plaintiff Anticipates/Expects to Call

1. Plaintiff;

2. Darlene Lovingood;

3. Tommy Jones;

4. Records Custodian for Jail Videotapes;

5. Jimmy Quenomoen;

6. Joe Fritts;

7. Renee Reed;

8. Bryan Graves;

9. Derrick Graves;

10. Records Custodian for Moccasin Bend Mental Health Facility;

11. Jeanne Williams;

12. Records Custodian for Monroe County Circuit Court Criminal Clerk;

13. Records Custodian for Helen Ross McNabb Center;

14. Jennifer Bledsoe;

15. Mike Bledsoe;

16. Mary Stanley;

17. Dr. Hussein Cherokee Mental Health Systems

18. John Wilburn;

19. Justin Bell;

20. Josh Crowder;

21. TBI agent Jason Legg;

22. Albert Medina;

23. Attorney Matthew Rogers;

24. Records Custodian Starr Regional Medical Center;

25. Seth Wilson;

26. Trina Sue Graham;

27. Steve Miller;

28. Ryan Burnette;

29. Rachel Moore;

30. Mary Ellen;

31. Amanda Wear;

32. Frankie Stevens;

33. Daniel Boothroyd;

34. Angela Conklin;

35. Jeannie Wiggins;

36. Bill Bivens;

37. Randy White;

38. Jeff Brown;

39. Bill Johnson;

40. Carolyn Shirk;

41. April White;

42. Bill Johnson's wife;

42. Tina Giese;

43. Ryan Taylor;

44. Robby Lovingood;

45. Doug Mills;

46. George Mack Williams;

47. Doug Brannon;

48. Jeffrey Lovingood;

49. Tim Yates;

50. William Cross;

51. Chris White;

52. Wes Martin;

53. Travis Jones;

54. Mack Williams;

55. Steven Crump;

-3-

Case 3:19-cv-00009-DCLC-JEM   Document 82   Filed 11/09/21   Page 3 of 6   PageID #: 824

56. Reida Shirk;

57. Brian Hodge;

58. Eddie Manning;

59. Records Custodian for Cherokee Mental Health facility;

60. Records Custodian for Athens Stock Yard;

61. Autumn Williams;

62. Janice T. Jenkins;

63. Karen Ratliff Trotter;

64. Hasmukh Kanabar;

65. Sweetwater Hospital;

66. Hiawassee Mental Health Center for Behavioral Care;

67. Hope Center;

68. Parkridge Valley Child and Adolescent Hospital;

69. Records Custodian Hopkinsville Community College;

70. Records Custodian JTEKT;

71. Records Custodian Parkridge West Hospital;

72. Dr. Dennis Aust;

73. Dr. Joseph Kalister;

74. Jonathan Moore;

75. Jason Hanson;

76. Curtis Aukerman;

77. Lynda Rogers;

78. Records Custodian for Volunteer Behavioral Health Care;

79. Any Rebuttal and or Impeachment Witnesses; and

80. Any Witness identified on the Defendant's Witness List.

**RESPECTFULLY SUBMITTED**, this the **9th** day of **November**, 2021.

                                  **THE BOWLIN LAW FIRM P.C.**

By: _____ *for The Firm*
Troy L. Bowlin, II No. 025893
*Attorney for Plaintiff*
First Tennessee Plaza
800 South Gay St. Suite 2131
Knoxville, Tennessee 37929
Telephone: 865.245.2011
troy@tblf-pc.com
www.thebowlinlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted for service via Pacer and this Court's Electronic Court Filing System to:

This the **9th** day of **November**, 2021.

**THE BOWLIN LAW FIRM P.C.**

By: _____ *for The Firm*
Troy L. Bowlin, II No. 025893
*Attorney for Plaintiff*
First Tennessee Plaza
800 South Gay St. Suite 2131
Knoxville, Tennessee 37929
Telephone: 865.245.2011
troy@tblf-pc.com
www.thebowlinlawfirm.com