# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANDREW JOSTEN LOVINGOOD | ) |
| | ) |
| Plaintiff, | ) |
| | ) Docket No.: 3:19-CV-00009 |
| v. | ) |
| | ) |
| BILL JOHNSON, | ) |
| DERRICK GRAVES, and | ) |
| MONROE COUNTY, TENNESSEE | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S EXHIBIT LIST

**COMES NOW**, the Plaintiff by and through its attorney and does hereby respectfully submit this Exhibit List pursuant to the scheduling Order of this Honorable Court.

1. Any and all Videos depicting and or capturing Mr. Lovingood's encounter with Law Enforcement;

2. Monroe County Sheriff's Department; personnel files; complaints; jail incident reports; Policies and Procedures and the like;

3. Monroe County Circuit/Criminal Court Records of Graves and Johnson along with any audio and or video recordings;

4. Moccasin Bend Mental Health Records;

5. Helen Ross McNabb Center Medical Records;

6. TBI File regarding Investigation of Encounter;

7. Starr Regional Medical Center Medical Records;

8. Vonore Police Department Documents regarding encounter with Plaintiff;

9. Cherokee Mental Health Medical Records;

-1-

10. Athens Stock Yard Employment Records;

11. Hometown Medical Records;

12. Hiawassee Mental Health Center Records;

13. Hopkinsville Community College Records;

14. JTEKT Records;

15. Parkridge West Hospital Medical Records; and

16. Volunteer Behavioral Health Care System Records.

**RESPECTFULLY SUBMITTED**, this the **9th** day of **November**, **2021**.

                              **THE BOWLIN LAW FIRM P.C.**

By: _____ *for The Firm*
Troy L. Bowlin, II No. 025893
Attorney for Plaintiff
First Tennessee Plaza
800 South Gay Street, Suite 2131
Knoxville, Tennessee 37929
troy@tblf-pc.com
www.thebowlinlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that, a copy of the foregoing Motion to Extend Time was transmitted for service via Pacer and this Court's Electronic Court Filing System to counsel of record for all parties.

**THE BOWLIN LAW FIRM P.C.**

By: _____ *for The Firm*
Troy L. Bowlin, II No. 025893
Attorney for Plaintiff
First Tennessee Plaza
800 South Gay Street, Suite 2131
Knoxville, Tennessee 37929
troy@tblf-pc.com
www.thebowlinlawfirm.com

-3-