UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**ANDREW JOSTEN LOVINGOOD,**

      Plaintiff,

**v.**

                          No. 3:19-cv-00009

**BILL JOHNSON, DERRICK GRAVES;**

      Defendants**.**

## MOTION IN LIMINE NO. 2

Comes the Defendant Bill Johnson, and respectfully moves the court in limine to preclude Plaintiff from introducing any proof, putting forth any facts or evidence, or arguing in any way that Plaintiff sustained any medical expenses as a result of the April 2014 incident. Certainly the appropriate disclosures pursuant to Fed. Rule Civ. Pro. 26 have not been made to evaluate any such claim. The only thing Plaintiff has done is make rank estimates of the amount of medical expenses from various providers and list the same on his exhibit list. In support of this Motion, this Defendant submits a Memorandum of Law.

RESPECTFULLY SUBMITTED this 15th day of November, 2021.

                                            s/ Arthur F. Knight, III
                                            Arthur F. Knight, III, BPR #016178
                                            TAYLOR & KNIGHT, P.C.
                                            800 South Gay Street, Suite 600
                                            Knoxville, TN 37929
                                            Phone: 865-971-1701
                                            Fax: 865-971-1705

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III