# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**ANDREW JOSTEN LOVINGOOD,**

    Plaintiff,

**v.**

                      No. 3:19-cv-00009

**BILL JOHNSON, DERRICK GRAVES;**

    Defendants.

## MOTION IN LIMINE NO. 3

Comes the Defendant Bill Johnson, and respectfully moves the court in limine to preclude Plaintiff from introducing any proof, putting forth any facts or evidence, or arguing in any way that Plaintiff sustained any medical treatment for any alleged injury as a result of the April 2014 incident. Plaintiff has not disclosed any appropriate disclosures pursuant to Fed. Rule Civ. Pro. 26 to evaluate any such assertion. In support of this Motion, this Defendant submits a Memorandum of Law.

RESPECTFULLY SUBMITTED this 15th day of November, 2021.

                                          s/ Arthur F. Knight, III
                                          Arthur F. Knight, III, BPR #016178
                                          TAYLOR & KNIGHT, P.C.
                                          800 South Gay Street, Suite 600
                                          Knoxville, TN 37929
                                          Phone: 865-971-1701
                                          Fax: 865-971-1705

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III
