# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**ANDREW JOSTEN LOVINGOOD,**

    Plaintiff,

**v.**

**BILL JOHNSON, DERRICK GRAVES;**

    Defendants.

No. 3:19-cv-00009

## MOTION IN LIMINE NO. 4

Comes the Defendant Bill Johnson, and respectfully moves the court in limine to preclude Plaintiff from introducing any proof, putting forth any facts or evidence, or arguing in any way that Plaintiff's alleged medical/mental condition. This is clearly within the realm of expert opinion and the appropriate disclosures pursuant to Fed. Rule Civ. Pro. 26 have not been made to evaluate any such assertion. In support of this Motion, this Defendant submits a Memorandum of Law.

RESPECTFULLY SUBMITTED this 15th day of November, 2021.

    s/ Arthur F. Knight, III
    Arthur F. Knight, III, BPR #016178
    TAYLOR & KNIGHT, P.C.
    800 South Gay Street, Suite 600
    Knoxville, TN 37929
    Phone: 865-971-1701
    Fax: 865-971-1705

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III