# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**ANDREW JOSTEN LOVINGOOD,**

    Plaintiff,

**v.**                                                                       No. 3:19-cv-00009

**BILL JOHNSON, DERRICK GRAVES**;

    Defendants.

## MOTION IN LIMINE NO. 5

Comes the Defendant Bill Johnson, and respectfully moves the court in limine to preclude Plaintiff from calling or utilizing any witness or producing any document or tangible thing which falls within the realm of expert proof requiring disclosures pursuant to Fed. Rule Civ. Pro. 26. No disclosures of any kind have been made including the required expert disclosure pursuant to Fed. Rule Civ. Pro. 26 on any issue including but not limited to plaintiff's alleged medical/mental condition, any medical proof, or any proof challenging this Defendants use of force.

In support of this Motion, this Defendant submits a Memorandum of Law.

RESPECTFULLY SUBMITTED this 15th day of November, 2021.

                                                    s/ Arthur F. Knight, III
                                                    Arthur F. Knight, III, BPR #016178
                                                    TAYLOR & KNIGHT, P.C.
                                                    800 South Gay Street, Suite 600
                                                    Knoxville, TN 37929
                                                    Phone: 865-971-1701
                                                    Fax: 865-971-1705

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*س/Arthur F. Knight, III*
Arthur F. Knight, III