UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ANDREW JOSTEN LOVINGOOD,

    Plaintiff,

v.

                                No. 3:19-cv-00009

BILL JOHNSON, DERRICK GRAVES;

    Defendants.

## MOTION IN LIMINE NO. 6

Comes the Defendant Bill Johnson, and respectfully requests that Plaintiff's request for jury instructions concerning color of law be denied as this Defendant admitted acting under color of law in his Answer. Accordingly the same is not disputed and the jury need only be told that the Defendant was acting under color of law.

In support of this Motion, this Defendant submits a Memorandum of Law.

RESPECTFULLY SUBMITTED this 15th day of November, 2021.

                                          s/ Arthur F. Knight, III
                                          Arthur F. Knight, III, BPR #016178
                                          TAYLOR & KNIGHT, P.C.
                                          800 South Gay Street, Suite 600
                                          Knoxville, TN 37929
                                          Phone: 865-971-1701
                                          Fax: 865-971-1705

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Arthur F. Knight, III*
Arthur F. Knight, III