UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ANDREW JOSTEN LOVINGOOD,

    Plaintiff,

v.

                  No. 3:19-cv-00009

BILL JOHNSON, DERRICK GRAVES;

    Defendants.

## MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 6

Plaintiff previously submitted jury instructions concerning the requirement that Defendants act under color of law. No instructions are necessary as this Defendant already admitted in his answer that he acted under color of law. Accordingly, it is respectfully submitted that Defendant's Motion in Limine No. 6 be granted and no instructions concerning color of law be submitted to the jury.

RESPECTFULLY SUBMITTED this 15th day of November, 2021.

                    s/ Arthur F. Knight, III
                    Arthur F. Knight, III, BPR #016178
                    TAYLOR & KNIGHT, P.C.
                    800 South Gay Street, Suite 600
                    Knoxville, TN 37929
                    Phone: 865-971-1701
                    Fax: 865-971-1705

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

        *s/Arthur F. Knight, III*
        Arthur F. Knight, III