# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

### CIVIL MINUTES: *FINAL PRETRIAL CONFERENCE*

Date December 9, 2021 Time 1:34 P.M. To 2:07 P.M.

Case No.3:19-CV-9, ANDREW JOSTEN LOVINGOOD vs. DERRICK GRAVES., ET AL
============================================================================

The Honorable CLIFTON L. CORKER, U.S. District Judge, Presiding

Courtroom Deputy KIM OTTINGER        Court Reporter SHANHAN MCCARTYR

**PARTIES**

**COUNSEL**

ANDREW JOSTEN LOVINGOOD        TROY L. BOWLIN
   Plaintiffs

vs.

DERRICK GRAVES        SCOTT A. LANZON


BILL JOHNSON        HILARY MAGACS
   Defendants

**PROCEEDINGS:**

**Statements by the Court**

Statements by Counsel for Plaintiff; Counsel for Defendants

Case is DISMISSED by the Court

Order to enter