# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **ANDREW JOSTEN LOVINGOOD,** )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>**BILL JOHNSON,** )<br>**DERRICK GRAVES,** and )<br>**MONROE COUNTY, TENNESSEE** )<br>)<br>Defendants. ) | Docket No.: 3:19-CV-00009 |

## NOTICE OF APPEAL

**COMES NOW** Plaintiff, Andrew Lovingood, by and through undersigned counsel and gives Notice of this Appeal to the United States Court of Appeals for the Sixth Circuit. Mr. Lovingood appeals the Order *Dismissing with Prejudice* of the United States District Court of the Eastern District of Tennessee at Knoxville dated December 10, 2021 bearing [Doc. 101].

The United States Court of Appeals for the Sixth Circuit has appellate jurisdiction over this case pursuant to 28 U.S.C. § 1291 as the Court of Appeals for the Sixth Circuit hears cases from the United States District Court for the Eastern District of Tennessee

Please govern yourself accordingly.

**RESPECTFULLY SUBMITTED**, this the **9th** day of **January**, 2022.

**Signature of Counsel on Page 2 of 3**

**THE BOWLIN LAW FIRM P.C.**

By: <u>  *s/ Troy L. Bowlin II*            </u> *for The Firm*
Troy L. Bowlin, II No. 025893
*Attorney for Plaintiff*
First Tennessee Plaza
800 South Gay St. Suite 2131
Knoxville, Tennessee 37929
Telephone: 865.245.2011
troy@tblf-pc.com
www.thebowlinlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted for service via Pacer and this Court's Electronic Court Filing System all other parties will served via U.S. Mail.

This the **9th** day of **January**, 2022.

**THE BOWLIN LAW FIRM P.C.**

By: *s/ Troy L. Bowlin II*  *for The Firm*
Troy L. Bowlin, II No. 025893
*Attorney for Plaintiff*
First Tennessee Plaza
800 South Gay St. Suite 2131
Knoxville, Tennessee 37929
Telephone: 865.245.2011
troy@tblf-pc.com
www.thebowlinlawfirm.com